**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:  David Lancaster v. Diane St. Yves, The Law Office of Diane St. Yves, P.L.L.C., Yexenia Gilmet d/b/a The Gilmet Law Firm, and Barbara Lancaster

Appellate case number:  01-17-00250-CV

Trial court case number:  2013-05066

Trial court:  247th District Court of Harris County

Appellant, David Lancaster, has filed a notice of appeal of the judgment signed on March 9, 2017 in the underlying trial court proceeding. Appellees, Diane St. Yves and The Law Office of Diane St. Yves, P.L.L.C., have filed a "Motion to Consolidate This Case with No. 01-16-00911-CV." The motion is **denied**.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings

☑ Acting individually     ☐ Acting for the Court

Date: November 16, 2017